Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

AUMOVIO SYSTEMS, INC.,

                                   Plaintiff,

       v.

UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and the UNITED STATES OF AMERICA,

                                   Defendant.

Court No. 26-02955

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 05/12/2026

/s/ Nithya Nagarajan
_____
Signature of Plaintiff's Attorney

Nithya Nagarajan
_____
Attorney for Plaintiff

HUSCH BLACKWELL LLP
_____
Firm

1801 Pennsylvania Avenue NW, Suite 1000
_____
Street Address

Washington, DC 20006
_____
City, State and Zip Code

(202) 378-2300
_____
Telephone Number

nithya.nagarajan@huschblackwell.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                    Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)